JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Victor Mancilla, et al., | Case No.: 2:23-cv-03847-MWF(BFMx) |
| Plaintiffs, | **ORDER GRANTING STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| AT&T Mobility and DOES 1-10, | |
| Defendants. | |

Based on the parties' Stipulation Re Dismissal of Entire Action with Prejudice (Docket No. 30), and for good cause shown,

**IT IS HEREBY ORDERED** as follows:

1.    The above-entitled action, Case No. 2:23-cv-03847-MWF-BFM, is DISMISSED in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1); and

2.    Each party shall bear their own costs and fees.

**IT IS SO ORDERED.**

Dated:  November 4, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge

134213157v1